THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM W. OWENS, Respondent, v. JERRY C. LEARY, Both as Assessor and as Village Clerk for and of the Village of Bronxville, County of Westchester, State of New York, and Others,

Appellants.— Appeal in a proceeding to review the assessment of relator's prop[erty] made by the village of Bronxville for the 1941 tax period. Judgmen[t] modified on the facts by striking out the figure " $16,000 " from the secon[d] ordering paragraph, and the figures " $2,000," " $14,000," and " $16,000 " fro[m] the third ordering paragraph, and by substituting in the respective place thereo[f] the figures " $18,500," " $3,500," " $15,000," and " $18,500." As thus modified, the judgment is unanimously affirmed, without costs, on the authority of *Peopl[e] ex rel. Owens* v. *Schmiedel* (*post*, p. 742), decided herewith. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.